**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Cr. No.  25-CR-20374-TLP** |
| ) | **22-CR-20179-TLP** |
| **JUSTIN HARDAWAY,** ) | |
| ) | |
| **Defendant.** ) | |

**APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM**

The United States Attorney's Office applies to the Court for a Writ to have Justin Hardaway, RNI#: 503352, now being detained in the Shelby County Jail, appear before Honorable Annie T. Christoff, December 18, 2025, at 1:30 pm for a initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 24th day of November, 2025.

*s/ Raney L. Irwin*
**Raney L. Irwin
Assistant U. S. Attorney**

Upon consideration of the foregoing Application, TYREECE MILLER, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TENNESSEE;  SHERIFF FLOYD BONNER, JR., SHELBY COUNTY JAIL, MEMPHIS, TENNESSEE.

**YOU ARE HEREBY COMMANDED** to have Justin Hardaway, RNI#: 503352, appear before the Honorable Annie T. Christoff at the date and time aforementioned.

ENTERED this 24tht day of November, 2025

**s/Tu M. Pham
HONORABLE TU M. PHAM
CHIEF U.S. MAGISTRATE JUDGE**

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."